UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/16/10
```

EUROPEAN IMPORTS, LTD.,

                Plaintiff,

-v-

MEDITERRANEAN SHIPPING CO (USA) INC. *et al.*,

                Defendants.

No. 10 Civ. 507 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court has received a copy of a letter written by Plaintiff, on behalf of both parties, requesting an extension of the fact discovery deadline until September 3, 2010, the current deadline for all discovery. The extension is requested so that the parties may pursue a settlement before incurring additional discovery costs. Accordingly,

    IT IS HEREBY ORDERED THAT the deadline for fact discovery is extended until September 3, 2010. The remaining deadlines in the case management plan shall remain in effect.

SO ORDERED.

DATED:    July 16, 2010
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE